CO-386-online
10/03

# United States District Court
# For the District of Columbia

SIERRA CLUB )
)
)
)
             Plaintiff )  Civil Action No. _____
    vs )
STEPHEN L. JOHNSON )
)
)
             Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Sierra Club_____ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

MD14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

433 Chestnut Street
Address

Berea, KY  40403
City        State        Zip Code

(859) 986-5402
Phone Number

CO-386-online
10/03

# United States District Court
# For the District of Columbia

FRIENDS OF THE )
CHATTAHOOCHEE )
 )
 )
vs   Plaintiff )   Civil Action No._____
 )
STEPHEN L. JOHNSON )
 )
 )
 Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Friends of the Chattahoochee__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

MD14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

433 Chestnut Street
Address

Berea, KY  40403
City        State        Zip Code

(859) 986-5402
Phone Number

CO-386-online
10/03

# United States District Court
# For the District of Columbia

KENTUCKIANS FOR THE  )
COMMONWEALTH         )
                     )
                     )
        vs  Plaintiff )        Civil Action No. _____
                     )
STEPHEN L. JOHNSON   )
                     )
                     )
        Defendant    )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Kentuckians for the Commonwealth__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

MD14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

433 Chestnut Street
Address

Berea, KY  40403
City          State       Zip Code

(859) 986-5402
Phone Number