UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| | ) | |
| KENTUCKIANS FOR THE | ) | |
| COMMONWEALTH | ) | |
| | ) | Civ. No. 1:06-CV-00184 (RMU) |
| et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STEPHEN L. JOHNSON | ) | |
| Administrator | ) | |
| United States Environmental Protection | ) | |
| Agency | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

## MOTION FOR ADMISSION PRO HAC VICE AND INCORPORATED MEMORANDUM IN SUPPORT

Pursuant to LCvR 83.2(d), Plaintiffs respectfully move this Court to admit Greg Howard

pro hac vice in the above captioned case.  In support of this Motion, Plaintiffs state the

following.

Mr. Howard is a member in good standing of the Bar of the Commonwealth of Kentucky

(KY Bar No. 83629).  See attached Declaration of Greg Howard.  Mr. Howard has not been

admitted to the Court pro hac vice in the past two years.  Mr. Howard is familiar with the rules of

this Court, the facts of this case, and the pleadings of this case.  If permitted to appear on behalf

of Plaintiffs, Mr. Howard will be associated with Robert Ukeiley.  Mr. Ukeiley is an active

member in good standing of the bar of this Court.  Mr.Ukeiley will participate in the preparation

and trial of this case to the extent required by the Court.

    For the reasons set forth above, Plaintiffs respectfully request that this Court grant this

motion for Mr. Howard to appear pro hac vice in all matters in this case.

                            Respectfully submitted,


                            _____
                            ROBERT UKEILEY (MD 14062)
                            LAW OFFICE OF ROBERT UKEILEY
                            433 Chestnut Street
                            Berea, KY 40403
                            Telephone: 859-986-5402
                            Facsimile: 859-986-1299
                            E-mail: rukeiley@igc.org

Dated: February 6, 2006