UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENTUCKIANS FOR THE COMMONWEALTH<br>131 North Mill Street<br>London, KY 40741,<br><br>FRIENDS OF THE CHATTAHOOCHEE<br>20181 SR 39<br>Blakely, GA 39823,<br><br>and<br><br>SIERRA CLUB<br>85 Second Street, Second Floor<br>San Francisco, CA 94105-3441<br><br>       Plaintiffs<br><br>vs.<br><br>STEPHEN L. JOHNSON<br>Administrator<br>United States Environmental Protection Agency<br>Ariel Ross Building<br>1200 Pennsylvania Avenue, NW<br>Washington, DC 20460<br><br>       Defendant | Civ. No. 1:06-CV-00184 (RMU) |

DECLARATION OF GREG HOWARD

I, GREG HOWARD, declare as follows:

    1.    The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto

under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. I am a member in good standing of the Bar of the Commonwealth of Kentucky (KY Bar No. 83629). I have not been disciplined. I am a member in good standing and eligible to practice before the United States District Court for the Eastern District of Kentucky.

3. I am familiar with the facts and issues in the above-captioned case. I have read and understand the local rules of this Court.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on *February 6*, 2006 at Prestonsburg, Kentucky.

Respectfully submitted,

*/s/ Greg Howard*

GREG HOWARD
APPALACHIAN CITIZENS LAW CENTER, INC.
207 W. Court Street, Suite 202
Prestonsburg, KY 41653-7725
Telephone: 606-886-1442
Facsimile: 606-886-1455