UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KENTUCKIANS FOR THE COMMONWEALTH, *et al.*,<br><br>        Plaintiffs<br><br>v.<br><br>STEPHEN L. JOHNSON<br>Administrator<br>United States Environmental Protection Agency<br><br>        Defendant | )<br>)<br>)<br>)<br>) Civ. No. 1:06-CV-00184 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[proposed] ORDER**

Upon consideration of Plaintiffs' motion to admit Greg Howard pro hac vice, [ ] it is,

ORDERED that the Plaintiffs' motion to admit Greg Howard pro hac vice, is GRANTED and it is further

ORDERED that Greg Howard may appear before this Court on all matters concerning the above captioned case.

Dated: _____

_____
RICARDO M. URBINA
United States District Judge