AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

KENTUCKIANS FOR THE COMMONWEALTH

FRIENDS OF THE CHATTAHOOCHEE

SIERRA CLUB

**SUMMONS IN A CIVIL CASE**

V.

STEPHEN L. JOHNSON
Administrator
United States Environmental Protection Agency

CASE NUMBER   1:06CV00184

CA

JUDGE: Ricardo M. Urbina

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/02/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney's Office
555 4th Street, N. W.
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     FEB -2 2006
CLERK                                          DATE

_____
(By) DEPUTY CLERK

(C - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 02-02-06 |

| NAME OF SERVER (PRINT) Brian Litmans | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 501 2nd St NW Washington DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 50 | TOTAL 50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02-02-06     *[signature]*
             Date          Signature of Server

707 Holly Ave Takoma Park MD 20912
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.