IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENTUCKIANS FOR THE COMMONWEALTH, FRIENDS OF THE CHATTAHOOCHEE, and SIERRA CLUB<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN L. JOHNSON, in his capacity as Administrator, United States Environmental Protection Agency (EPA), 1101A, EPA Headquarters, Ariel Rios Building, 1200 Pennsylvania Avenue, NW, Washington, DC 20460<br><br>Defendant. | Civil Action No. 1:06-CV-00184 (RMU) |

### ENTRY OF APPEARANCE

Please enter the appearance of Ammie Roseman-Orr as Counsel for Stephen L. Johnson in his capacity as Administrator, United States Environmental Protection Agency (EPA).

DATED: April 13, 2006

Respectfully submitted,
SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

AMMIE ROSEMAN-ORR
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Phone (202) 616-7501
Fax (202) 514-8865
ammie.roseman-orr@usdoj.gov

*Attorney for EPA*

CERTIFICATE OF SERVICE

I certify that on April 13, 2006, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Robert Ukeiley
LAW OFFICE OF ROBERT UKEILEY
433 Chestnut Street
Berea, KY 40403
859-986-5402
rukeiley@igc.org
*Attorney for Plaintiffs*

Ammie Roseman-Orr