IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENTUCKIANS FOR THE COMMONWEALTH, et. al, )<br><br>Plaintiffs, )<br><br>v. )<br><br>STEPHEN L. JOHNSON, Administrator, )<br>   U.S. Environmental Protection )<br>   Agency )<br><br>Defendant. ) | Case No.: 06cv00184 (RMU) |

**DEFENDANT'S NOTICE OF LODGING**
**OF PROPOSED CONSENT DECREE**

Defendant Stephen L. Johnson, Administrator of the United States Environmental Protection Agency ("EPA"), with this notice lodges with the Court a proposed consent decree.

The proposed consent decree which Defendant lodges today should not be signed or entered by the Court at this time. Pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), the consent decree is not final and cannot be entered by the Court until the EPA Administrator provides "a reasonable opportunity by notice in the Federal Register to persons who are not named as parties or intervenors to the action" to comment in writing upon the proposed decree. After a reasonable public comment period, the EPA Administrator must promptly consider any written comments received. Id. If none of the comments disclose facts or considerations which indicate that the decree is inappropriate, improper, inadequate or inconsistent with the requirements of the Clean Air Act, the Administrator will request the Court to enter the decree. Id.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

*Ammie Roseman-Orr* (signature)

AMMIE ROSEMAN-ORR
Environmental Defense Section
United States Department of Justice
Post Office Box 23986
Washington, D.C. 20026-3986
telephone: (202) 616-7501
fax: (202) 514-8865
ammie.roseman-orr@usdoj.gov

Of Counsel:

SUE STAHLE
U.S. Environmental Protection Agency
Office of General Counsel
Ariel Rios Building - North
1200 Pennsylvania Ave., NW
Washington, DC 20460
telephone: (202) 564-1272

August 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2006, a copy of the foregoing was served by the Court's electronic filing system upon:

>Robert Ukeiley
>LAW OFFICE OF ROBERT UKEILEY
>433 Chestnut Street
>Berea, KY 40403
>859-986-5402
>rukeiley@igc.org
>*Attorney for Plaintiffs*

_____
Ammie Roseman-Orr