IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KENTUCKIANS FOR THE COMMONWEALTH,<br>FRIENDS OF THE CHATTAHOOCHEE,<br>and<br>SIERRA CLUB<br><br>    Plaintiffs,<br><br>vs.<br><br>STEPHEN L. JOHNSON<br>Administrator<br>United States Environmental Protection Agency<br><br>    Defendant. | Civ. No. 06CV00184 (RMU) |

**DEFENDANT'S UNOPPOSED MOTION TO ENTER CONSENT DECREE**

Plaintiffs Kentuckians for the Commonwealth, Friends of the Chattahoochee and Sierra Club ("Plaintiffs") filed this action against Defendant Stephen L. Johnson, Administrator of the United States Environmental Protection Agency (referred to herein as the "EPA") pursuant to the citizen suit provision of the Clean Air Act, 42 U.S.C. § 7604(a) . Plaintiffs' complaint alleges that Defendant Stephen L. Johnson in his official capacity as Administrator of the United States Environmental Protection Agency (hereinafter "the Administrator"), has failed to perform non-discretionary duties to review, and if appropriate, revise the New Source Performance Standards ("NSPS") for nonmetallic mineral processing plants ("Subpart OOO") and for coal preparation plants ("Subpart Y") as required by CAA Section 111(b), 42 U.S.C. § 7411(b)(1)(B), and to publish notice of such action in the Federal Register as required by CAA Section 307(d),

1

42 U.S.C. § 7607(d).

EPA hereby moves the Court to enter the Consent Decree filed as Attachment A to this Motion. Petitioner's counsel has indicated to the undersigned that Petitioner supports this motion.

In brief, this Consent Decree establishes deadlines for EPA to review and, if appropriate revise each relevant NSPS standard of performance, unless the Administrator determines that such review is not appropriate in light of readily available information on the efficacy of such standard. The deadlines for EPA's proposed and final determinations are, respectively, within 18 months and within 30 months of the effective date of the consent decree. The decree also specifies requirements for submission of the EPA determinations to the Federal Register for publication. Other provisions in the decree address modification of the decree, continuing jurisdiction, dispute resolution, the deadline for filing attorneys fees and costs, and recipients of notification. The parties negotiated this decree in good faith and agree that its terms are fair, adequate, reasonable, and appropriate under the facts.

EPA has completed the public notice and comment process required by section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g). EPA has decided not to withhold its consent to the Consent Decree as authorized by section 113(g) of the Act. The Department of Justice ("DOJ") concurs in EPA's conclusion that consent to the Consent Decree should not be withheld. The Consent Decree as submitted to the Court for entry differs from the version lodged with the Court in the following respects:

1.  Paragraph 6, which provided for notice and comment under 42 U.S.C. § 7413(g) has been deleted as moot because this process has been completed. Additionally, the paragraphs

have been renumbered as appropriate given this change.

2. Paragraph 9 has been modified to extend the time allowed for filing a motion for costs of litigation (including attorneys' fees) to 100 days, to effectuate a proposed settlement of the fees and costs in this case.

## CONCLUSION

For these reasons, the Court should enter the Consent Decree.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural
 Resources Division

   /S/ Ammie Roseman-Orr
AMMIE ROSEMAN-ORR
TODD GLEASON
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 616-7501

Of Counsel:
SUSAN STAHLE
Office of General Counsel
U.S. Environmental Protection Agency
ARN: MC-2344A
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Dated: October 13, 2006

SO ORDERED.

Dated: _____, 2006        _____
                                       RICARDO M. URBINA
                                       United States District Judge