UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KENTUCKIANS FOR THE COMMONWEALTH et al., <br><br> Plaintiffs <br><br> vs. <br><br> STEPHEN L. JOHNSON <br> Administrator <br> United States Environmental Protection Agency <br><br> Defendant | Civ. No. 1:06-CV-00184 (RMU) |

## PLAINTIFFS' NOTICE OF SETTLEMENT OF COSTS OF LITIGATION, INCLUDING ATTORNEYS FEES.

On October 16, 2006, the Court entered a Consent Order in this case. The Consent Order provides in paragraph 8:

> The deadline for filing a motion for costs of litigation (including attorneys' fees) for activities performed prior to execution of this Decree is hereby extended until 100 days after this Decree is entered by the Court. During this 100-day period, the Parties shall seek to resolve informally any claim for costs of litigation (including attorneys' fees), and if they cannot, will submit that issue to the Court for resolution.

Plaintiffs hereby notify the Court and the Defendant that the Plaintiffs will not be filing a motion for costs of litigation (including attorneys' fees) as the issue of the costs of litigation incurred up to this point has been settled and fully resolved.

Respectfully submitted,

/s
_____
ROBERT UKEILEY (MD 14062)
LAW OFFICE OF ROBERT UKEILEY
433 Chestnut Street
Berea, KY 40403
Telephone: 859-986-5402
Facsimile: 859-986-1299
E-mail: rukeiley@igc.org

Dated: December 1, 2006